An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO BARTH, AN INDIVIDUAL,
Appellant,
vs.
SAXE THEATER, LLC; AND SAXE
MANAGEMENT, LLC,
Respondents.

No. 65758

**FILED**

OCT 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for default judgment. On August 11, 2014, this court ordered appellant to show cause why this appeal should not be dismissed for lack of judisdiction, noting that the order appealed from is not a final judgment and is not otherwise substantively appealable, that the notice of appeal was filed more than 30 days after service of the appealed order's notice of entry, and that the motion for reconsideration filed by appellant was not a tolling motion under NRAP 4(a)(4). We gave appellant 30 days within which to respond, cautioning him that failure to demonstrate that we have jurisdiction could result in the dismissal of his appeal. To date, appellant has failed to respond to the order to show cause. Accordingly, as this court lacks jurisdiction over this appeal, *see* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984), we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33805

cc: Chief Judge, The Eighth Judicial District Court
   Hon. Joseph T. Bonaventure, Senior Judge
   Janet Trost, Settlement Judge
   Cohen-Johnson LLC
   Goodman Law Group
   Eighth District Court Clerk